RECEIVED
SEP 1 6 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION NO.CV-05-1275-A* |
| VS. | * | JUDGE DRELL |
| BARNEY P. BRASSETTE and DONNA P. BRASSETTE | * | MAGISTRATE JUDGE SHEMWELL |

### AMENDED COMPLAINT

The United States of America ("Plaintiff") for the Farmers Home Administration ("FmHA") now known as Farm Service Agency (FSA) of the United States Department of Agriculture, through <u>William D. O'Regan III</u> as Attorney for the United States of America, with respect represents:

1.

Plaintiff wishes to amend paragraphs 5 and 6 of the original Complaint to read as follows:

"5.

There is presently due and outstanding under the Notes unpaid principal and interest accrued to August 5, 2005, in the following amounts:

| | UNPAID PRINCIPAL | INTEREST |
|---|---|---|
| 1-A | $34,267.55 | $7,300.49 |
| 1-B | $54,236.01 | $3,599.63 |
| 1-C | $61,000.00 | $9,613.34 |
| 1-D | $16,410.00 | $2,498.59 |

6.

There have also been certain costs advanced to the defendant(s) to protect the security property as follows:

| DATE | AMOUNT | PURPOSE |
|---|---|---|
| 11-03-04 | $81.00 | UCC Certificate/Lien Search" |

Plaintiff renews and reiterates all of the allegations (as amended above) and all of the prayers, of its original Complaint.

WHEREFORE, plaintiff prays:

1. For leave of Court to file this Amended Complaint; and
2. For all of the relief originally sought in its amended Complaint.

RESPECTFULLY SUBMITTED,

UNITED STATES OF AMERICA

BY: *William D. O'Regan* 
William D. O'Regan III
1107 Main Street
Laplace, LA 70068
Bar Roll Number: 10231

# WILLIAM D. O'REGAN III

A Professional Law Corporation
1107 Main Street
Laplace, LA 70068
985-652-6476
985-652-6509 (Fax)

September 14, 2005

United States District Court
Western District of Louisiana
Alexandria Division
300 Fannin St., Ste. 1167
Shreveport LA  71101-3083

RECEIVED

SEP 16 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

RE: United States of America
vs. Barney P. Brassette
and Donna S. Brassette
Case No. CV05-1275-A
My File:  05-203

Dear Sir/Madam:

Please file the enclosed Amended Complaint into the above proceedings and return a stamped copy to me in the enclosed self-addressed, stamped envelope.

Yours truly,

WILLIAM D. O'REGAN, III

WDO'R, III/pbc

Enclosures